UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
Eastern Division

Erika L. Gruenert
                              Plaintiff,

v.                                                    Case No.: 1:19–cv–08230
                                                             Honorable Steven C. Seeger

Diversified Consultants, Inc.
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, January 28, 2020:

      MINUTE entry before the Honorable Steven C. Seeger: In light of the notice of settlement (Dckt. No. [8]), the Court hereby dismisses this case without prejudice. The dismissal shall automatically convert to a dismissal with prejudice and without costs or attorneys' fees on March 13, 2020, unless the parties file a motion and obtain further relief from this Court. Civil case terminated. Mailed notice. (jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.